# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WALTER ZIMMER, | ) | CASE NO.   5:10CV1895 |
| | ) | 5:10CV1896 |
| PETITIONER, | ) | |
| | ) | |
| vs. | ) | JUDGE SARA LIOI |
| | ) | |
| ROBIN KNAB, | ) | **JUDGMENT ENTRY** |
| | ) | |
| RESPONDENT. | ) | |

Upon petitioner's motions and without objection from the respondent, the above-captioned cases are **DISMISSED**.

**IT IS SO ORDERED**.

Dated: April 20, 2011

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**